No. 3268.   TOMPKINS *v.* RAILROAD COMPANY, November
Term, 1893.   The appeal in this case was dismissed by the clerk
of this court for failure to file return in time.   This was a mo-
tion by appellant to have the appeal reinstated on affidavits
showing that the appellant undertook himself to have the pa-
pers prepared for the appeal, and that they were printed in
time to have been filed within the time prescribed, but were
not so filed because of delay arising from sending them to his
attorney by mail to have them properly certified, supposed

informality in the certificate, and its return for correction. The motion to reinstate was refused PER CURIAM December 19, 1893, the court saying that the showing was insufficient to make it appear that the default in complying with the requirements of the Rule arose from some excusable neglect. *N. G. Evans*, for the motion. *J. C. Sheppard* and *Joseph Ganahl*, contra.